No. 4401.

## T. M. GILL, RECEIVER, VS. A. A. ATOCHA ET ALS.

In a suit against ninety persons, members of the "Union Club," to recover an alleged indebtedness of over four thousand dollars, judgment having been rendered against the defendants, six only appealed, and four of them paid their proportion of the judgment before the appeal was heard. In affirming the judgment as to the other two appellants. with costs, it was considered that the costs taxable against each should be such sum as is obtained by dividing the whole costs by the number of persons against whom judgment was rendered.

APPEAL from the Sixth District Court of New Orleans. COOLEY, J.

*Bartlette* for Plaintiff. *Shaw* and *Hire* for Defendants Appellants.

MANNING, C. J., delivered the opinion.